### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA RENEE BIDDLE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00451 SWW |
| DOLLAR TREE STORES, INC. | * | |
| | * | |
| Defendant | * | |

### ORDER

Before the Court is Plaintiff's motion seeking voluntary dismissal of this action, without prejudice (ECF No. 14). The time for responding has passed, and Defendant has not filed a response. IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED THIS 5TH DAY OF FEBRUARY, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE